UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

RICARDO JEANTILUS,

                Plaintiff,

- against -

J.B. HUNT TRANSPORT SERVICES, INC,
C & S WHOLESALE GROCERS INC. and MIKE A. TODD,

                Defendants.

-------------------------------------------------------------------x

CIVIL ACTION NO.: 22-CV-1478

**STIPULATION TO TRANSFER**

The Parties hereby stipulate and agree that, since the underlying accident occurred at the intersection of Broadway and West 96th Street in Manhattan, this case should and will be transferred to the United States District Court for the Southern District of New York.

Dated: New York, New York
         May 11, 2022

**OFSHTEIN LAW FIRM**

_____
Afiva Ofshtein, Esq.
*Attorneys for Plaintiff*
15 Bay 29th Street, 2nd Floor
Brooklyn, New York 11214
(718) 455-5252
File No.: 20MVX6358

**GALLO VITUCCI KLAR LLP**

_____
Heather C. Ragone, Esq.
*Attorneys for Defendants*
J.B. HUNT TRANSPORT SERVICES, INC.
and C & S WHOLESALE GROCERS INC.
90 Broad Street, Suite 1202
New York, New York 10004
(212) 683-7100
File No.: JBH.2022001

SO ORDERED
DATED: Brooklyn, NY
        5/18/2022

s/Ann M. Donnelly
_____
Ann M. Donnelly
U.S. District Judge